FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 30, 2015

Larry Carter
TDCJ-ID#1843397
Clement's Unit
9601 Spur 591
Amarillo, TX 79107

**RE:**  Case Number:  07-13-00133-CR
Trial Court Case Number: 1272810D

**Style:** Larry Carter v. The State of Texas

Dear Counsel:

The Court received your letter requesting the actual cost of copies of the Appellant's brief and State's brief in the referenced matter.  Payment must be made in full payable to the Court of Appeals by money order or cashier's check.  The cost for these copies including postage is $11.08.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK